IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES HYMES, III and PAULINE HYMES, | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : NO. 11-248 |
| GREAT LAKES WAREHOUSE, et al., | : |
| Defendants. | : |

**ORDER**

AND NOW, this 17th day of March, 2014, **IT IS HEREBY ORDERED** upon careful consideration of Defendant Transportation Investment Group's Motion for Summary Judgment (Doc. 48), Plaintiffs James Hymes, III and Pauline Hymes' Response in Opposition (Doc. 50), Defendant's Response in Support of Motion for Summary Judgment (Doc. 51), and Plaintiffs' Sur-Reply (Doc. 52), along with the parties' motions, briefs, and exhibits, that Defendant's Motion for Summary Judgment (Doc. 48) is **GRANTED.**

BY THE COURT:

*/s/ Petrese B. Tucker*
**Hon. Petrese B. Tucker, C.J.**